**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOSIN BALOGUN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

WUNDERKIND CORPORATION,

Defendant.

Case No. 25-cv-6113-KPF
(Related to Case No. 25-cv-05854-KPF)

**DECLARATION OF RAPHAEL JANOVE IN SUPPORT OF PLAINTIFF TOSIN BALOGUN'S MOTION FOR APPOINTMENT OF JANOVE PLLC AS INTERIM LEAD COUNSEL**

**Janove PLLC**
Raphael Janove
500 7th Ave., 8th Fl.
New York, NY 10018
Raphael@Janove.Law

Liana Vitale
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
Liana@Janove.Law

*Attorneys for Plaintiff Tosin Balogun*

I, Raphael Janove, hereby declare as follows:

1. I am a partner in the law firm Janove PLLC, counsel of record for Plaintiff Tosin Balogun in the above-captioned action.

2. I make this declaration in support of Plaintiff's Motion for Appointment of Janove PLLC as Interim Lead Counsel.

3. Based on my personal knowledge, I assert the facts set forth herein and, if called upon as a witness, I could and would competently testify thereto.

4. Shortly after my firm filed the above-captioned action, we reached out to Bursor & Fisher P.A., counsel for Plaintiff in *Weiler v. Wunderkind Corp.*, No. 1:25-cv-05854-KPF (S.D.N.Y.) (the "*Weiler* Action"), to express our willingness to work together for the benefit of the members of the proposed classes instead of submitting competing leadership applications. We are still happy to work with Bursor & Fisher P.A., if the Court views that that is in the best interest of the class members.

5. My firm and I have extensive experience prosecuting class actions and complex civil litigations and do not have any conflicts of interest with Plaintiff or the class members.

6. I am a partner at Janove PLLC, where I represent plaintiffs in class actions in federal trial courts across the country. I am licensed to practice law in the State of New York, the State of California, the State of Illinois, the Commonwealth of Pennsylvania, and the State of Utah. I am a member of the bars of U.S. District Courts and U.S. Courts of Appeal throughout the Country, as well as the U.S. Supreme Court. I am in good standing in every court in which I have been admitted to practice and have never been subjected to any disciplinary proceedings.

7. Janove PLLC is a boutique litigation firm, founded in 2024, specializing in class actions, mass arbitrations, appeals, and other complex civil litigation. We are headquartered in

New York, NY, and have offices in Philadelphia, PA, and San Luis Obispo, CA. Our team has years of plaintiff-side experience, clerked on federal district and appellate courts, and was educated at top law schools, including the University of Chicago Law School and New York University School of Law.

8. I believe that my colleagues' and my top-level legal training, clerkships, and experience—as well as my unique insights as a former defense attorney—make my firm an asset to the class.

9. I graduated from the University of Chicago Law School with high honors. I was elected to the Order of the Coif, named a Kirkland & Ellis scholar (for ranking in the top 5% of the class), and was the inaugural recipient of the Douglas Baird Prize in Commercial Law. I was also an Articles Editor of the University of Chicago Law Review.

10. After graduation, I served as a law clerk to the Honorable Thomas L. Ambro of the U.S. Court of Appeals for the Third Circuit, and to the Honorable Paul S. Diamond of the U.S. District Court for the Eastern District of Pennsylvania.

11. I began practicing law as a defense attorney at Sullivan & Cromwell LLP, and later at Eimer Stahl LLP. My defense experience includes litigation involving antitrust issues, securities, and consumer class actions, international arbitration, government investigations, and nationwide global warming lawsuits brought by states and municipalities against major fossil fuel producers.

12. I have leveraged my prior experience on the defense side to achieve significant success as a plaintiffs' attorney.

13. On behalf of plaintiffs, I first worked at the nationally recognized class action firm Kessler Topaz Meltzer & Check LLP. There, I pursued antitrust and securities class actions and, among other matters, was an integral part of the litigation team in *In re Advance Auto Parts, Inc.*

*Securities Litigation* (D. Del.), which settled for over $49 million.

14. After that, I moved to the boutique plaintiff-side firm Pollock Cohen LLP, where I spearheaded the creation of the firm's class action and mass arbitration practice, ultimately becoming a partner. At the firm, I achieved many successes in the class action space, including conceptualizing and leading novel Lanham Act class action lawsuits on behalf of tens of thousands of small businesses in *Tipsy Nail Club v. ClassPass*, No. 1:21-cv-08662 (S.D.N.Y), *WeCare RG et al. v. Giftly Inc.*, No. 2:22-cv-02672 (E.D. Pa), and *Salon Phoenix Cosmetology LLC et al. v. Groupon*, No. 1:22-cv-07162 (N.D. Ill.). Plaintiffs received final approval of class-wide settlements in each case, and I was appointed co-lead class counsel or lead class counsel in all of them. *See ClassPass*, ECF No. 118; *Giftly Inc.*, ECF No. 52; and *Groupon*, ECF No. 41.

15. In addition, while at Pollock Cohen, I helped prosecute a class action alleging privacy violations against Apple, Inc., and under my leadership, the firm was appointed to the Plaintiffs' Steering Committee in the lawsuit, *In re: Apple Data Privacy Litigation*, No. 5:22-cv-07069-EJD (N.D. Cal.).

16. I left Pollock Cohen to found Janove PLLC, a firm focused on high-stakes class actions and mass arbitrations. Law.com profiled the launch of Janove PLLC in *How a Plaintiffs Lawyer Armored Up for the Mass Arbitration Battle* (Mar. 5, 2024), available at https://www.law.com/2024/03/05/how-a-plaintiffs-lawyer-armored-up-for-the-mass-arbitration-battle/?slreturn=20251201145408.

17. At Janove PLLC, I am involved in a wide variety of complex legal matters. I am co-leading proposed class action lawsuits concerning deceptive advertising in popular mobile games run by Defendant FunPlus such as *State of Survival: Zombie War* in *Prado, et al. v. FunPlus International AG*, No. 4:22-cv-05023 (N.D. Cal.), *Frost & Flame: King of Avalon* in *Yanez et al.*

*v. FunPlus International AG, et al.*, No. 4:23-cv-2667 (N.D. Cal.), and *Guns of Glory: Lost Island* in *Kelly v. FunPlus International AG, et al.*, No. 3:23-cv-04122 (N.D. Cal.).

18. I am also co-leading a Lanham Act class case, *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.*, No. 1:22-cv-04019-GRB-VMS (E.D.N.Y.), and two novel class actions on behalf of civil immigrant detainees at former county detention centers. In the detainee cases, Plaintiffs were forced to work without pay and brought actions under the federal Trafficking Victims Protection Act. These lawsuits were the first of their kind to be brought against a public defendant acting without a private party. *See Ruderman v. McHenry County*, No. 3:22-cv-50115 (N.D. Ill.); *Ruderman v. Kenosha County*, No. 2:23-cv-01336 (E.D. Wis.).

19. Since founding Janove PLLC, I have initiated multiple new class matters and created a robust mass arbitration practice, representing tens of thousands of clients in mass arbitrations ranging from data breaches, privacy violations, consumer protection, and other theories.

20. The Firm's new class cases include consumer and privacy claims, such as *Balogun et al. v. Advance Magazine Publishers Inc.*, No. 1:24-cv-07326-VSB (S.D.N.Y.) and *Dougherty et al. v. Zynga, Inc.*, No. 3:25-cv-04051-SI (N.D. Cal.), and those alleging consumer fraud such as *In re Huel Heavy Metal Litigation*, No: 1:25-cv-05783-AMD-JAM (E.D.N.Y.), *Brower et al. v. Colgate-Palmolive Company*, No. 1:25-CV-03348-JPO (S.D.N.Y.), *Cavallaro-Kearins et al. v. Gruns Nutrition, Inc.*, No. 1:25-CV-04998-LJL (S.D.N.Y.), *Sciortino et al. v. Drink LMNT, Inc.*, No. 1:25-CV-03126-HG (E.D.N.Y.), and *Damas et al. v. Health-Ade LLC*, 8:25-cv-02515-DOC-JDE (C.D. Cal.).

21. Janove PLLC also serves as class counsel in another Lanham Act class action, *Castro et al. v. 7 Cups of Tea, Co. et al.*, No. 1:25-cv- 02563-MKB-MMH (E.D.N.Y.), and as

Additional Consumer Indirect Purchaser Plaintiff Class Counsel in a multidistrict litigation concerning the alleged price fixing practices of major sugar producers and sellers in the United States, *In re Granulated Sugar Antitrust Litigation* (MDL 3110) (D. Minn.).

22. I have served as a key panelist and speaker at conferences regarding mass arbitration and class actions, including at the spring training of the National Consumer Law Center (NCLC) and the National Association of Consumer Advocates (NACA), Class Action Track of Mass Torts Made Perfect, MassArbCon, and the Class Action Money & Ethics Conference. In addition, I am a member of the American Association of Justice and co-founder and co-chair of the AAJ's Mass Arb Litigation Group.

23. I also frequently author or co-author expert analysis that is published in Law360, and have also regularly been quoted on legal developments in that publication. For a list and links to the articles, please see https://janove.law/thought-leadership.

24. Liana Vitale is Senior Counsel at Janove PLLC. She attended New York University School of Law, graduating cum laude, and began her career at Cleary Gottlieb Steen & Hamilton LLP, where she practiced for more than nine years in the litigation department. She has over a decade of experience in state and federal court actions and arbitration matters, spanning subject areas such as consumer protection and privacy, complex commercial litigation, public and private international law, and technology and intellectual property disputes. She is a member of the bar in California and New York. Ms. Vitale works on the firm's class actions and mass arbitration matters.

25. Janove PLLC also has a talented team of legal support staff. Josh Brooks is a 2021 graduate of Yale University, with distinction. Finn Blomquist Eggerling is a mid-2023 honors graduate of Brown University, where they were elected to Phi Beta Kappa. Sasha Jones is a *magna*

*cum laude* 2025 graduate of Yale University, with distinction.

26. Additional background about my firm and biographical information for Janove PLLC lawyers and staff is available at www.janove.law. Their biographies are attached hereto as Exhibit A.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2025.

**JANOVE PLLC**

By: *__/s/ Raphael Janove*
Raphael Janove
500 7th Ave., 8th Fl.
New York, NY 10018
Raphael@Janove.law